## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

By: *[signature]*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net

*Attorneys for Plaintiff*

# File Hashes for IP Address 108.30.247.86

**ISP:** Verizon FiOS
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/16/2014 18:20:47 | 67D3E37EC5E8689165A0005423C1B3523A7C5F90 | Pool Party For Three |
| 11/16/2014 18:18:26 | 6A17BC045F2C394256B428A488A69744EBB1E566 | Spellbound |
| 10/27/2014 00:17:47 | FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each |
| 10/24/2014 23:47:48 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/24/2014 23:45:18 | 2EC84B467597DD2833FFB8D2E7332F9FAE132A3C | Do Me Darling |
| 10/24/2014 23:40:23 | A8EDCCA5C0D4A7401411BEDFC2E27080AF23BCF6 | Spanish Heat |
| 10/16/2014 03:39:19 | 9F1BCB13265E3185001B40420DC655A8E1EF7A75 | Double Oh Heaven |
| 10/08/2014 01:37:18 | EFE3C450691376CEBFE4F92EBA3478D1139CBA10 | Tarde Espanola |
| 10/07/2014 03:02:26 | CAA7A5061AF4BF63E439538CF8569B016253E353 | Ibiza Love |
| 10/07/2014 01:12:27 | 038249C8F522AC370AE21481076BF4A2F08F407E | Unforgettable View #2 |
| 10/07/2014 00:02:18 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 09/21/2014 18:09:29 | AC3ECC9526224D88CAD9FED10EC5581B42677C22 | Fun For Three |
| 09/08/2014 23:28:52 | 73463244CC9C53DD76B01EA62A8804F43F7C575E | Seeing Double |
| 09/08/2014 22:56:53 | 82FAC802D1BAC7FFD6DF04D2BF87B0C47978A616 | Angelica means Angel |
| 09/08/2014 22:55:37 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 09/08/2014 22:51:10 | 95B4E4CC01E2CBB87C987ADB2216565DD1416C32 | Taste Me |
| 09/08/2014 22:50:53 | 5C5754B5C8331B230119E97332848690BD0EB76F | Our Little Cum Cottage |
| 09/08/2014 22:47:14 | 5331578B2992A448ABD6A283DDEF6639C654F7CB | Precious Metal |
| 09/08/2014 22:41:47 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 09/08/2014 22:35:59 | 3F0721C5E1026E30E17456FEA2868588A8D26BF9 | Drinks For Two |
| 09/08/2014 22:30:14 | 16785D3E83A86C0E8A997EB4823D510FDB074B2C | Afterthoughts |
| 09/05/2014 21:56:52 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |

EXHIBIT A

SNY33

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/14/2014 03:40:38 | 606F4C231A7DB51A05C2F63953192DC03F7A302A | Thunderstorm Love |
| 08/11/2014 23:40:58 | 0A03FABE8B34753DE33F854DDBC58E9540F49703 | From Three to Four |
| 08/06/2014 23:48:34 | A0B580B71CC4FF6E0737CA2ED983951BADA56528 | Breakfast At Eves |
| 07/31/2014 00:38:10 | 4D9C097AE195927424E8AAADA2F6B1B79729B167 | Come from Behind |
| 07/30/2014 23:40:04 | 1247492A24A5E4FC9A36EAADE5308C7AFF6C49AF | Carry Me Home |
| 07/22/2014 02:50:31 | E3A71DD395A10CEC53EEAA6F81BED0EC4FEDFD20 | Sweet Awakening |
| 07/22/2014 02:36:18 | 0A17A3D52F646DA5D74427550D444603546A08AA | A Thought Of You |
| 07/22/2014 02:19:49 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 06/21/2014 03:21:04 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |
| 06/21/2014 03:16:41 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 05/14/2014 01:45:23 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 05/12/2014 23:09:34 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 05/09/2014 23:26:21 | 6F76124D3B81622A07DDD7A494034351525C03FF | Catching Up |
| 05/08/2014 22:55:20 | 099CD944C380A7584F0D4C8BE3962BBD95F1F3D7 | Tantric Massage |
| 04/02/2014 22:34:18 | 997A103936E73235F23CE79D7495184A9E37926A | Sweet Surrender |
| 03/25/2014 21:25:46 | FA08E3AC90584CAFB74CD2224EE605992C36104E | Insanely Gorgeous |
| 03/25/2014 18:46:33 | E03CF00D4D2E6CC6EF3572FFC3EDB6D31C12DDF7 | Circles of Bliss |
| 03/25/2014 18:43:38 | F7A09D9219FCBA6BDE3B6C4D30F98728907BAF5E | Morning Meditation |
| 03/21/2014 19:14:50 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 03/21/2014 19:14:20 | 6398E26A71DF316A1675BEC13D4DABB65C9CF87C | Deep Blue Passion |
| 03/21/2014 14:38:03 | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | Blonde Ambition |
| 03/20/2014 20:26:33 | 334A55A9AF9FD2681472B1889BC27F27621204AF | Trophy Wife |
| 03/20/2014 20:21:47 | 813E0D7AF30BD63B94D09309DC613177D75C480D | Anneli Leila Menage A Trois |
| 03/19/2014 01:31:30 | F44E53FC4EBD34AE297E94ABF1C6EC898C49F1F9 | Come Inside From the Cold |
| 03/19/2014 00:28:57 | D438F136539A21D5A9108587EB82D27867FD6C35 | Waterfall Emotions |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/19/2014 00:09:31 | BBA334C79959B8C3EBCDD5647866DF199AE6D22E | Going Strong |
| 03/19/2014 00:04:52 | 5BCE8A33864C3C7FDE40DCEDE4B7C50A3E2F356E | Play Me |
| 03/19/2014 00:02:07 | 3F7C7C4F47D37B4E8909311852C7D0E36BE5F566 | Dreams Do Come True |
| 03/18/2014 23:59:43 | D54707E12C75DA136AF89026A733513B521D24AD | Made for Each Other |
| 03/18/2014 23:58:45 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 03/18/2014 23:46:58 | F97675DF7D2A5F03E84DB6AE26C335C2963E363F | Getting Ready For You |
| 03/18/2014 23:45:40 | 0C6F9543794ABF412665C0D62D8F28937D07DB63 | A Hot Number |
| 03/18/2014 23:45:38 | 9C096487E3D577A393F57CD7B7B86CFFF8CB902D | Awakening |
| 03/18/2014 23:32:51 | D842B05B53985CDB4AF3AEC2D87A6DE98F3D2821 | Go Fish |
| 03/18/2014 23:31:12 | B01A41247F2C0FCCE93B78FCAE020DA09AD38005 | It Is A Fine Line |
| 03/05/2014 03:01:36 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 03/05/2014 02:29:43 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |

**Total Statutory Claims Against Defendant: 59**

EXHIBIT A

SNY33

Copyrights-In-Suit for IP Address 108.30.247.86

**ISP:** Verizon FiOS
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Pool Party For Three | PA0001859656 | 07/13/2013 | 08/01/2013 | 11/16/2014 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 11/16/2014 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 10/27/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 10/24/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 10/24/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/24/2014 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 10/16/2014 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 10/08/2014 |
| Ibiza Love | PA0001820855 | 10/29/2012 | 01/13/2013 | 10/07/2014 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 10/07/2014 |
| Nice And Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 10/07/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 09/21/2014 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 09/08/2014 |
| Angelica means Angel | PA0001909782 | 08/20/2014 | 08/26/2014 | 09/08/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 09/08/2014 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 09/08/2014 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 09/08/2014 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 09/08/2014 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 09/08/2014 |
| Drinks For Two | PA0001905512 | 06/25/2014 | 07/02/2014 | 09/08/2014 |
| Afterthoughts | PA0001909479 | 08/10/2014 | 08/19/2014 | 09/08/2014 |

EXHIBIT B

SNY33

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/05/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/14/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 08/11/2014 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 08/06/2014 |
| Come from Behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 07/31/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 07/30/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/22/2014 |
| A Thought Of You | PA0001907104 | 07/13/2014 | 07/25/2014 | 07/22/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/22/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 06/21/2014 |
| Coming Late | PA0001904286 | 06/19/2014 | 06/24/2014 | 06/21/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/14/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 05/12/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 05/09/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/08/2014 |
| Sweet Surrender | PA0001884861 | 03/23/2014 | 03/26/2014 | 04/02/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/25/2014 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/25/2014 |
| Morning Meditation | PA0001882650 | 02/27/2014 | 03/06/2014 | 03/25/2014 |
| I Can Not Wait | PA0001877473 | 01/27/2014 | 01/31/2014 | 03/21/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 03/21/2014 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 03/21/2014 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/20/2014 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 03/20/2014 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 03/19/2014 |

EXHIBIT B

SNY33

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 03/19/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 03/19/2014 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 03/19/2014 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 03/19/2014 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 03/18/2014 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 03/18/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 03/18/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 03/18/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 03/18/2014 |
| Go Fish | PA0001880469 | 02/13/2014 | 02/21/2014 | 03/18/2014 |
| It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 03/18/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 03/05/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 03/05/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 59**

EXHIBIT B

SNY33