**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
                                                                     :

MALIBU MEDIA, LLC,                                   :

                                                             :   Case No. 1:14-cv-10155-KBF
                      Plaintiff,                :
                                                             :   Judge Forrest
             vs.                              :
                                                             :   **NOTICE OF RELATED CASES**
                                                               :

JOHN DOE subscriber assigned IP address   :
108.30.247.86,                                              :
                                                             :
                      Defendant.              :
----------------------------------------------------------------X

       PLAINTIFF GIVES NOTICE that this is a BitTorrent Copyright Infringement case related to the cases listed below, which were filed by Jacqueline M. James, Esq., of James & Associates.

       Plaintiff respectfully suggests that the following cases are related because they each involve the same Plaintiff, Malibu Media, LLC, and near identical allegations against a John Doe Defendant. In each case, Plaintiff alleges that a John Doe Defendant, presently known to Plaintiff only by his or her IP address, directly infringed its copyrights through the BitTorrent protocol. Because each Defendant is known only by an IP address, in each case Plaintiff intends to seek leave to subpoena Defendant's Internet Service Provider prior to a Rule 26(f) conference in order to learn Defendant's identity so that Plaintiff may proceed with its case. While Plaintiff believes the above common factors may make the following cases related, it does note that each case involves a different Defendant and the cases involve the infringement of different copyrights.

       The following cases are pending before this Court:

       1.        Malibu Media, LLC v. Doe; Case No. 1:14-cv-08903-AJN (open);

2. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08904-VM (open);

3. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08905-JSR (open);

4. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08911-RJS (open);

5. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08912-PGG (open);

6. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08913-VM (open);

7. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08914-ALC (open);

8. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08915-PKC (open);

9. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08930-CM (open);

10. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08931-PAC (open);

11. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08932-VM (open);

12. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08933-LLS (open);

13. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08935-LTS-JCF (open);

14. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08936-VXB (open);

15. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08937-GHW (open);

16. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08942-WHP (open);

17. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08943-SHS (open);

18. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08944-RA (open);

19. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08895-VB (open);

20. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08896-VB (open);

21. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08897-KMK (open);

22. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08899-KMK (open);

23. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08900-VB (open);

24. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08901-KMK (open);

25. Malibu Media, LLC v. Doe; Case No. 1:14-cv-0802-NSR (open);

26. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08938-NSR (open);

27. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08939-VB (open);

28. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08940-KMK (open);

29. Malibu Media, LLC v. Doe; Case No. 1:14-cv-08941-CS (open);

30. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10148-CS (open);

31. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10150-NSR (open);

32. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10151-VB (open);

33. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10158-CS (open);

34. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10159-NSR (open);

35. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10166-KM (open:

36. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10167-KMK (open);

37. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10175-VB (open);

38. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10177-KMK (open);

39. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10178-CS (open);

40. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10179-CS (open);

41. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10180-VB (open);

42. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10182-NSR (open);

43. Malibu Media, LLC v. Doe; Case No. 7:14-cv-10190-NSR (open);

44. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10155-KBF (open);

45. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10154-AJN (open);

46. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10152-JMF (open);

47. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10156-JMF (open);

48. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10147-ALC (open);

49. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10168-PKC (open);

50. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10169-JPO (open);

51. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10171-AT (open);

52. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10173-KMW (open);

53. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10181-KMW (open);

54. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10183-SHS (open);

55. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10185-DAB (open);

56. Malibu Media, LLC v. Doe; Case No. 1:14-cv-10186-SAS (open);

Dated: January 21, 2015

                                            Respectfully submitted,

By:   /s/ Jacqueline M. James
Jacqueline M. James, Esq. (1845)
James & Associates
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By: /s/ *Jacqueline M. James*