USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 23, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE MALIBU MEDIA, LLC COPYRIGHT        :
INFRINGEMENT LITIGATION                  :
:
This Document Relates to:                :     Master Case No.
:     14-cv-10155 (KBF)
14-cv-10155 (KBF)      :
15-cv-01873 (KBF)      :
:
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

    Finding that the above-captioned actions involve common questions of law and fact, IT IS HEREBY ORDERED that, pursuant to Rule 42 of the Federal Rules of Civil Procedure, the Clerk of Court shall consolidate them for discovery and other pre-trial purposes under Case No. 14-cv-10155.  This Court has not decided whether the individual actions will proceed as consolidated beyond the pre-trial phase and will not require plaintiff to submit a consolidated complaint at this time.  All future filings in these actions are to be filed in the docket for Case No. 14-cv-10155 and shall be captioned "IN RE MALIBU MEDIA, LLC COPYRIGHT INFRINGEMENT LITIGATION."

    IT IS FURTHER ORDERED that plaintiffs shall immediately serve a copy of this Order on the Internet Service Providers ("ISPs") that have been identified by plaintiffs in Exhibit A of their complaints and that the ISPs shall serve a copy of this Order on each John Doe defendant in the form of a "notice letter."  The ISPs

may serve each John Doe defendant using any reasonable means.  The notice letters shall be sent by the ISP promptly following the date printed on the notice letter.

      SO ORDERED.

Dated:     New York, New York
            March 23, 2015

                                        KATHERINE B. FORREST
                                        United States District Judge