UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 2, 2015
```

------------------------------------------------------------------X
          :

IN RE MALIBU MEDIA, LLC COPYRIGHT    :
INFRINGEMENT LITIGATION           :
          :

This Document Relates to:         :        Master Case No.
          :        14-cv-10155 (KBF)
        14-cv-10155 (KBF)   :
        15-cv-01873 (KBF)   :
          :

------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On March 30, 2015, plaintiff filed a Notice of Related Cases, asking that 123 cases it has filed in this District be deemed related on the grounds that they involve the same plaintiff and nearly identical allegations and claims against John Doe defendants. (15-cv-1873 ECF No. 6.) Rule 13(a)(2) of the Local Rules for the Southern and Eastern Districts of New York clearly states that "Civil cases shall not be deemed related merely because they involve common legal issues or the same parties." Accordingly, the Court declines to deem any additional cases to be related to those listed in the caption above.

SO ORDERED.

Dated:     New York, New York
         April 2, 2015

_____
       KATHERINE B. FORREST
      United States District Judge