UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE MALIBU MEDIA, LLC COPYRIGHT
INFRINGEMENT LITIGATION

14-cv-10155 (KBF)

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 31, 2015

KATHERINE B. FORREST, District Judge:

As discussed during the telephonic status conference on July 31, 2015:

1. All discovery, including expert discovery, shall close on **Wednesday, September 30, 2015**.

2. Defendant shall respond to plaintiff's discovery letter not later than **Tuesday, August 4, 2015.**

3. The parties shall proceed with depositions forthwith.

4. The parties shall meet and confer regarding an expert disclosure schedule not later than **Friday, August 7, 2015**.  If the parties are unable to agree, they must inform the Court and the Court will set dates for the expert disclosure schedule.

5. The Court indicated that a speedy summary judgment motion may be appropriate if no further evidence of infringement is forthcoming.

6. A **telephonic status conference** is scheduled for **October 23, 2015 at 9:30 a.m.**  The parties shall call (212) 805-0139 on a single line at the time

of the conference.

SO ORDERED.

Dated:     New York, New York
           July 31, 2015

                                          _____
                                               KATHERINE B. FORREST
                                             United States District Judge