JACQUELINE M. JAMES, ESQ.

| | |
|---|---|
| The James Law Firm | T: (914) 358 6423 |
| 445 Hamilton Avenue | F: (914) 358 6424 |
| Suite 1102 | jjameslaw@optonline.net |
| White Plains,  NY 10601 | jacquelinejameslaw.com |

September 10, 2015

<u>VIA CM/ECF</u>
Honorable Katherine B. Forrest
United States Courthouse
500 Pearl St.
New York, NY 10007

  Re: Joint Request By Counsel For Hearing Re: Discovery Disputes
    Case:  *Malibu Media, LLC v. John Doe*, 1:14-cv-10155-KBF (S.D.N.Y.)

Dear Judge Forrest:

  Counsel for Plaintiff, Malibu Media, LLC's and John Doe Defendant have had a telephone conference on September 10, 2015 and were not able to agree on the outstanding discovery disputes. Therefore counsel jointly request a telephonic hearing before the court address the impasse in discovery.

         Respectfully submitted,

     By: /s/ Jacqueline M. James
       Jacqueline M. James, Esq. (1845)
       The James Law Firm, PLLC
       445 Hamilton Avenue
       Suite 1102
       White Plains, New York 10601
       T: 914-358-6423
       F: 914-358-6424
       E-mail: jjameslaw@optonline.net
       *Attorneys for Plaintiff*

     By: /s/ Justin Mercer
       Justin Mercer (JM-1954)
       LEWIS & LIN, LLC
       45 Main Street, Suite 608
       Brooklyn, NY 11201
       Tel: (718) 243-9323
       Fax: (718) 243-9326
       Email: Justin@iLawco.com
       *Counsel for Defendant*

**Formatted:** Indent: First line:  0.25"
**Formatted:** Indent: Left:  3"
**Formatted:** Indent: First line:  0.5"
**Formatted:** Signature Block, Indent: Left:  3", First line: 0.5"