UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 11, 2015
```

------------------------------------------------------------X
:
IN RE MALIBU MEDIA, LLC COPYRIGHT    :
INFRINGEMENT LITIGATION              :
:
:                14-cv-10155 (KBF)
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

   The Court is in receipt of defendant's September 2, 2015 letter requesting

entry of a protective order and plaintiff's September 10, 2015 opposition.  (ECF Nos.

29, 31.)  It is hereby ordered that plaintiff shall submit **by email to**

**forrestnysdchambers@nysd.uscourts.gov** and to opposing counsel a transcript

of defendant's deposition by **5:00pm today, September 11, 2015.**

   SO ORDERED.

Dated:  New York, New York
     September 11, 2015

                   _____
                KATHERINE B. FORREST
               United States District Judge