```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 11 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

                       Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
108.30.247.86,

                       Defendant.
-----------------------------------------------------------X

Case No.1:14-cv-10155-KBF

Judge Forrest

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING PLAINTIFF TO SERVE A THIRD PARTY SUBPOENA ON VERIZON AND AUTHORIZING VERIZON TO RELEASE CERTAIN SUBSCRIBER INFORMATION ABOUT DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of an Order Authorizing Plaintiff to Serve a Third Party Subpoena on Verizon and Authorizing Verizon to Release Certain Subscriber Information About Defendant (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE**: Plaintiff's Motion is granted. Plaintiff is permitted to serve a third party subpoena on Verizon and Verizon may release certain subscriber information about Defendant as outlined in Plaintiff's Motion.

**DONE AND ORDERED** this 11th day of September, 2015.

By: _____
**UNITED STATES DISTRICT JUDGE**

*This Order does not Deprive or eliminate any objections Verizon may have with the exception of any objection that Court Order is required per 47 U.S.C.A. §551. (KBF)*