UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 14, 2015

------------------------------------------------------------------X
                      :

IN RE MALIBU MEDIA, LLC COPYRIGHT    :
INFRINGEMENT LITIGATION               :
                      :
                      :          14-cv-10155 (KBF)

------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

        The Court is in receipt of the parties' joint request for a telephonic hearing.

(ECF No. 32.)  The motion for a hearing is DENIED.  The Court does not believe

that a conference is necessary at this time as the Court intends to issue a ruling on

the outstanding discovery disputes based on the parties' written submissions.  The

Clerk of Court is directed to close the motion at ECF No. 32.

        SO ORDERED.

Dated:     New York, New York
           September 14, 2015


_____
        KATHERINE B. FORREST
        United States District Judge