**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:14-cv-10155-KBF
                              Plaintiff,                         :
                                                                 :     Judge Forrest
              vs.                                                :
                                                                 :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
108.30.247.86,                                                   :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
```

### NOTICE OF PLAINTIFF'S INTENTION TO FILE MOTION FOR SANCTIONS DUE TO DEFENDANT'S PERJURY AND SPOLIATION OF EVIDENCE

Please take notice that Plaintiff's computer forensic examiner has discovered that Defendant used military grade computer wiping software to delete material evidence from his hard drive.  The wiping software was used just three days prior to Defendant delivering his computer for imaging.  The extent of the destruction of evidence is massive.  Defendant has also committed material perjury in this case.  As a result of the foregoing, Plaintiff will soon be moving for sanctions.  Plaintiff's expert is still working on Plaintiff's expert report, but Plaintiff will serve same upon its completion.

                Respectfully submitted,

By:   /s/ Jacqueline M. James
       Jacqueline M. James, Esq. (1845)
       The James Law Firm, PLLC
       445 Hamilton Avenue
       Suite 1102
       White Plains, New York 10601
       T: 914-358-6423
       F: 914-358-6424

E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jacqueline M. James