*Jacqueline M. James, Esq.*

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMESLAW@OPTONLINE.NET |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

The Honorable Judge Katherine B Forrest
United States District Court
500 Pearl Street
New York, NY 10007-1312

   **Re: 1:14-cv-10155-KBF, Redacted Exhibits to Motion for Sanctions**

Dear Judge Katherine B. Forrest:

  The James Law Firm, PLLC represents Plaintiff in the above captioned matter. Contemporaneously with the filing of this letter, Plaintiff is filing its Motion for Sanctions ("Motion") against Defendant for spoliation and perjury. The purpose of this letter is to inform the Court, pursuant to the Court's Order [CM/ECF 26], that Plaintiff is filing under seal its Motion and exhibits along with a redacted version on the public docket.

  The redacted version of Plaintiff's Motion and exhibits removes any reference to Defendant's first and last name and Defendant's password which was marked confidential during his deposition.

  Plaintiff will provide the Court with unredacted and redacted courtesy copies of the Motion and exhibits.

              Respectfully Submitted,

              By: *Jacqueline M. James*
              Jacqueline M. James, Esq. (1845)
              The James Law Firm, PLLC
              445 Hamilton Avenue, Suite 1102
              White Plains, New York 10601
              T: 914-358-6423
              F: 914-358-6424
              E-mail: jjameslaw@optonline.net
              *Attorneys for Plaintiff*