UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                          :
                                                            :      Case No. 1:14-cv-10155-KBF
                    Plaintiff,                              :
                                                            :      Judge Forrest
        vs.                                                 :
                                                            :
                                                            :
JOHN DOE subscriber assigned IP address                     :
108.30.247.86,                                              :
                                                            :
                    Defendant.                              :
------------------------------------------------------------X

### DECLARATION OF JACQUELINE M. JAMES, ESQ.

I, Jacqueline M. James, of full age, do hereby declare under penalty of perjury as follows:

1. I am attorney with The James Law Firm, PLLC, and I am an attorney at-law-of the state of New York and admitted before this Court. I am counsel of record for Plaintiff in the above-captioned matter. I make this declaration in support of Plaintiff's accompanying Motion for Sanctions.

2. Attached hereto as Exhibit A is a true and correct redacted copy of Patrick Paige's Expert Report.

3. Attached hereto as Exhibit B is a true and correct redacted copy of Defendant's deposition.

4. Attached hereto as Exhibit C is a true and correct redacted copy of Defendant's Response to Plaintiff's First Set of Interrogatories.

5. Attached hereto as Exhibit D is a true and correct redacted copy of Defendant's Response to Plaintiff's First Set of Interrogatories.

1

Dated: September 22, 2015

                 Respectfully submitted,

           By: /s/ Jacqueline M. James
              Jacqueline M. James, Esq. (1845)
              The James Law Firm, PLLC
              445 Hamilton Avenue
              Suite 1102
              White Plains, New York 10601
              T: 914-358-6423
              F: 914-358-6424
              E-mail: jjameslaw@optonline.net
              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 22, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                       By: /s/ Jacqueline M. James