USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 28, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
IN RE MALIBU MEDIA, LLC COPYRIGHT  :
INFRINGEMENT LITIGATION      :
      :
      :   14-cv-10155 (KBF)
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

    The Court hereby directs the Clerk of Court to strike the document at ECF No. 40-1 from the docket. Plaintiff is directed to re-file a redacted version of that document.

    SO ORDERED.

Dated:    New York, New York
          September 28, 2015

_____
KATHERINE B. FORREST
United States District Judge