```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 6, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
IN RE MALIBU MEDIA, LLC COPYRIGHT    :
INFRINGEMENT LITIGATION              :
:
:                    14-cv-10155 (KBF)
:
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On September 30, 2015, plaintiff filed a motion to extend discovery for the limited purpose of conducting discovery on Verizon, defendant's Internet Service Provider.  (ECF No. 44.)  Verizon responded to that motion on the same day, arguing that the subpoena served on it by plaintiff is defective and that plaintiff's motion to extend discovery should accordingly be denied.  (ECF No. 45)  The Court has construed Verizon's letter as a motion to quash the subpoena and notes that, because Verizon's letter raises a discovery dispute, plaintiff was required to respond not later than October 5, 2015, per this Court's Individual Rules.  Plaintiff has failed to do so.

The Court hereby gives notice that it will deem Verizon's motion to quash to be unopposed and grant that motion (and deny plaintiff's related motion to extend discovery), unless it receives a response from plaintiff **within 24 hours of the**

**filing of this Order.**

  SO ORDERED.

Dated:  New York, New York
    October 6, 2015

               _____
                KATHERINE B. FORREST
                United States District Judge