```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 9, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE MALIBU MEDIA, LLC COPYRIGHT   :
INFRINGEMENT LITIGATION             :
:
:                    14-cv-10155 (KBF)
:
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court is in receipt of defendant's October 8, 2015 letter filed on the docket (ECF No. 50), as well as the letter and supporting material that defendant submitted to this Court by email. The Court hereby orders that plaintiff shall submit a response to defendant's letter not to exceed five pages no later than **Friday, October 16, 2015.**

The Court also notes that it believes that defendant's letter should be filed on the public docket. The Court notes that no information identifying defendant is contained in defendant's letter. The Court therefore inquires of defendant why the letter should not be posted on the public docket.

SO ORDERED.

Dated:   New York, New York
         October 9, 2015

                                          _____
                                             KATHERINE B. FORREST
                                             United States District Judge