```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE MALIBU MEDIA, LLC COPYRIGHT                           :
INFRINGEMENT LITIGATION                                     :
                                                            :
                                                            :              14-cv-10155 (KBF)
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 19, 2015

KATHERINE B. FORREST, District Judge:

Defendant's motion to set an expert discovery schedule, including a time and place for the deposition of Patrick Paige, and to extend the time for defendant to file its opposition to plaintiff's motion for sanctions (ECF No. 54), is GRANTED IN PART AND DENIED IN PART.

The Court will allow three alternatives in relation to the time and place for the deposition of Mr. Paige. Defendant may choose which of these three alternatives he prefers:

1. Take the deposition via Skype or equivalent technology (in October).

2. Travel to Florida for the deposition (in October).

3. Take the deposition the day before the evidentiary hearing on spoliation in New York. This would of course mean that the rebuttal expert would proceed on the basis of the report and not a deposition as well.

As to defendant's motion for an extension of time to oppose plaintiff's motion for sanctions, the motion is granted. Defendant shall file its opposition to plaintiff's

motion for sanctions no later than **November 9, 2015**.  Plaintiff shall file its reply no later than **November 23, 2015**.

    The Clerk of Court is directed to close the motion at ECF No. 54.

    SO ORDERED.

Dated:    New York, New York
           October 19, 2015

                                        KATHERINE B. FORREST
                                        United States District Judge