```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IN RE MALIBU MEDIA, LLC COPYRIGHT                                 :
INFRINGEMENT LITIGATION                                           :
                                                                  :
                                                                  :      14-cv-10155 (KBF)
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 23, 2015

KATHERINE B. FORREST, District Judge:

The Court notes that defense counsel failed to appear at the telephonic status conference scheduled for October 23, 2015 at 9:30 a.m. As a result, the Court hereby orders the parties to appear for an **in-person status conference** on **Thursday, October 29, 2015** at **9:00 a.m.**

SO ORDERED.

Dated:     New York, New York
           October 23, 2015

                                                _____
                                                     KATHERINE B. FORREST
                                                   United States District Judge