# LEWIS & LIN LLC

45 Main Street, Suite 608
Brooklyn, NY 11201-8200
>>>Tel: (718) 243-9323
>>>Fax: (718) 243-9326

www.ilawco.com

December 1, 2015

**Via ECF**
Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Email: forrestnysdchambers@nysd.uscourts.gov

*Malibu Media LLC v. Doe (subscriber assigned IP address 108.30.247.86)*
Civil Action No. 1:14-cv-10155-KBF

Dear Judge Forrest:

      Pursuant to the Court's Order dated December 1, 2015 [DE 84], Your Honor stated that you would authorize withdrawal of outgoing counsel for Defendant, Lewis & Lin LLC, upon a written indication that Defendant understood the December 11, 2015 hearing would proceed as scheduled.

      Since that time, Ray Beckerman, Esq. of Ray Beckerman, P.C. has filed a notice of appearance on behalf of Defendant. *See* [DE 85]. We have spoken with incoming counsel for Defendant, Ray Beckerman, Esq. and he indicated that he would be appearing at the scheduled hearing. As such, and in addition to the reasons we indicated in our motion, we respectfully request that the Court authorize leave to withdraw for Lewis & Lin LLC.

Respectfully submitted,

*/s/ Justin Mercer*
Justin Mercer

cc: Jacqueline M. James, Esq.
Emilie Kennedy, Esq.
Jessica Fernandez, Esq.
Ray Beckerman, Esq.
David D. Lin, Esq. (via email only)